IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

EDWARD THOMAS KENNEDY,

    Plaintiff,

v.

No. 4:19-cv-00124-O

UNITED STATES. et al.,

    Defendants.

## NOTICE OF CHANGE OF ADDRESS

Plaintiff, Edward Thomas Kennedy, files this notice of change of address with the court Clerk as required under local rules.

Party's mailing address has changed. The new mailing interest mailing address is 800 Court Street, Apt 223, Reading, PA 19601. Party also notices the court clerk of his lawful title, for he is a Papal Knight and priest.

Date: March 10, 2019.

Respectfully submitted,

/s/ Edward Thomas Kennedy (seal)

Chev. Rev. Edward Thomas Kennedy, MBA
all rights reserved under UCC § 1-308.
800 Court Street, Apt 223
Reading, PA 19601
(415) 275-1244
Fax (570) 609-1810
pillar.of.peace.2012@gmail.com

1 of 2.

## CERTIFICATE OF SERVICE

I certify that on March 10, 2019 that I filed a copy of the above Notice to the United States District Court for the Northern District of Texas via U.S. regular mail.

/s/ Edward Thomas Kennedy (seal)
_____
Chev. Rev Edward Thomas Kennedy

Date: March 10, 2019.



K. Kane 19
200 Court St. Apt 225
Reading PA 19601

Clerk of Court
US District Court N.D. Tx
501 N. 10th St. Rm 310
Ft. Worth, TX 76102

2019 MAR 14   PM 2:05

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
RECEIVED

DEPUTY CLERK