IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

EDWARD THOMAS KENNEDY,

    Plaintiff,

v.

No. 4:19-cv-00124-O

UNITED STATES. et al.,

    Defendants.

<u>NOTICE OF 28 U.S. Code § 453. Oaths of justices and judges</u>

Party, Edward Thomas Kennedy, files this notice all the the Judges oath of office and also his oath of investiture. Party also notices the Judge assigned to administer this matter of the Plaintiff's lawful title, and that the Plaintiff has never violated his sacred INVESTITURE oath.

Date: March 10, 2019.

                        Respectfully submitted,

                        /s/ Edward Thomas Kennedy (seal)

                        Chev. Rev.Edward Thomas Kennedy, MBA
                        all rights reserved under UCC § 1-308.
                        800 Court Street, Apt 223
                        Reading, PA 19601
                        (415) 275-1244
                        Fax (570) 609-1810
                        pillar.of.peace.2012@gmail.com

## CERTIFICATE OF SERVICE

I certify that on March 10, 2019 that I filed a copy of the above Notice to the United States District Court for the Northern District of Texas via U.S. regular mail.

ECF as follows:

/s/ Edward Thomas Kennedy  (Seal)

Chev. Rev Edward Thomas Kennedy

Date: March 10, 2019.



K McKenna 19
200 Court St. Apt 223
Reading PA 19601

Clerk of Court
US District Court N.D. TX
501 N. 10 Th St. Rm 318
Ft. Worth TX 76102-3673

2019 MAR 14 PM 2:05

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
RECEIVED

_____
DEPUTY CLERK