IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

EDWARD THOMAS KENNEDY,

    Plaintiff,

v.

No. 4:19-cv-00124-O

UNITED STATES. et al.,

    Defendants.

## OBJECTION AND NOTICE

1. Plaintiff Edward Thomas Kennedy hereby Objects to ECF Doc. 5, filed on 02/12/2019 for it is false, violates due process, U.S. law, International Law, Ecclesiastical Law and common sense.

Notice

2. Plaintiff is a Papal Knight and an ordained Roman Catholic priest who took an (optional) oath of poverty, and he is poor and by right is entitled to the waiver of fees.

3. Federal employee Jeffrey L. Cureton, Magistrate took an oath, to tell the truth, and this means not to lie, misconstrue, misinform, misstate or put fake filings into a court of law.

4. ECF Doc. 5 signed by Magistrate Cureton misinforms and misconstrues the Plaintiff's Affidavit to waive fees.

Date: March 10, 2019.

Respectfully submitted,



/s/ Edward Thomas Kennedy (seal)
_____
Chev. Rev.Edward Thomas Kennedy, MBA
all rights reserved under UCC § 1-308.
800 Court Street, Apt 223
Reading, PA 19601
(415) 275-1244
Fax (570) 609-1810
pillar.of.peace.2012@gmail.com

CERTIFICATE OF SERVICE

I certify that on March 10, 2019 that I filed a copy of the above Notice and Objection to the United States District Court for the Northern District of Texas via U.S. regular mail.

/s/ Edward Thomas Kennedy (seal)
_____
Chev. Rev Edward Thomas Kennedy

Date: March 10, 2019.



K. K. Kennedy
200 Court st, Apt 225
Reading PA 19601

Clerk of Court
US District Court N.D. TX
501 W. 10th St. Rm 310
Ft. Worth, TX 76102-3673

2019 MAR 14 PM 2:05

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
RECEIVED

_____
DEPUTY CLERK