**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **EDWARD THOMAS KENNEDY,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:19-cv-00124-O |
| | § | |
| **UNITED STATES et al.,** | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER

On April 1, 2019, the Court denied Plaintiff's motion for leave to proceed *in forma pauperis* and ordered Plaintiff to pay the filing fee to the clerk of Court within seven days. Order, ECF No. 9. Plaintiff has not paid the filing fee. As such, the Court concludes that dismissal of this case is authorized and warranted under Rule 41(b). *See* FED. R. CIV. P. 41(b); *see also Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998). Plaintiff's complaint is therefore **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**SO ORDERED** on this **6th day** of **May, 2019.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE